UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY
---------------------------------------------------------x

HEE CHEOL KOOK,

        Plaintiff,   Civil Action No. 2:25-cv-3045

   v.   **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

JOHN THOMPSON, New Jersey District Director,
U.S. Citizenship and Immigration Services;
PAMELA BONDI, Attorney General
of the United States;
KRISTI NOEM, Secretary, Department of
Homeland Security; and
NATIONAL BENEFITS CENTER,
U.S. Citizenship and Immigration Services,

        Defendants.

---------------------------------------------------------x

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that the above captioned action is voluntarily dismissed without prejudice.

Defendants have not served an answer or motion for summary judgement in this action.

Dated: New York, NY
       July 16, 2025

JIA LAW GROUP, P.LC.
*Attorney for Plaintiff*

By:  /s/ *Christopher Morik*
Christopher Morik, Esq.
Atty. Reg. No.: NJ010692000
88 Pine Street Suite 1804
New York, NY 10005
Telephone: (347)-897-6199
Email: christopher.morik@jiaesq.com

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:  7/17/2025